**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**STEPHEN HARRIS**                                             **PLAINTIFF**

**v.**                                                 **No. 4:09CV119-A-D**

**CHRISTOPHER EPPS, ET AL.**                               **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the ___16th___ day of November, 2009.

                                                       **/s/ Sharion Aycock**
                                                       **U.S. DISTRICT JUDGE**